# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00397-CV

**Louvenia Henderson, Appellant**

**v.**

**Federal Home Loan Mortgage Corporation, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 13-0590-CC4, HONORABLE JOHN B. MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Louvenia Henderson has filed an unopposed motion to dismiss this appeal, advising that the trial court has signed a new final judgment from which she desires to perfect an appeal in a new cause. We grant appellant's unopposed motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: August 21, 2013